UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD MARTINEZ, | Case No. 22-00267 EJD (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| U.S. SMALLIVE BUSINESS ADMIN., | |
| Defendant. | |

On January 13, 2022, Plaintiff, a California prisoner, filed the instant *pro se*, civil rights action pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"), and that he needed to file a complete IFP motion within twenty-eight days or face dismissal.  Dkt No. 2.  The deadline has long since passed, and Plaintiff has not filed an IFP application or paid the filing fee.  Furthermore, on February 4, 2022, he filed documents indicating his refusal to pay.  Dkt. No. 4 at 4.  Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  March 14, 2022

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on February 24, 2022.  Dkt. Nos. 5, 6.